IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BOYD RODGERS, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CVS PHARMACY, INC.; and DOES 1<br>through 55, inclusive,<br><br>    Defendants.<br>_____ | CIVIL ACTION NO. 2:19-cv-00660-WBS-CKD<br><br>**ORDER GRANTING STAY OF PROCEEDINGS PENDING DISMISSAL**<br><br>Complaint Filed: 11/27/2018 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

   The Parties, having notified the Court that the above matter has been settled and good cause having been shown, IT IS HEREBY ORDERED that this matter be stayed for sixty (60) days pending the finalizing of the Settlement Agreement and Release and filing of the Dismissal with this Court.  The Scheduling Conference is continued to **October 28, 2019 at 1:30 p.m.** pending submission of the stipulated dismissal.  A joint status report shall be filed no later than **October 15, 2019** if settlement has not been finalized by that date.

Dated:  July 26, 2019

            _____
            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE

Proposed Order Granting Stay of Proceedings Pending Dismissal
USDC No. 2:19-cv-00660-WBS-CKD