IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BOYD RODGERS, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CVS PHARMACY, INC.; and DOES 1 through 55, inclusive,<br><br>    Defendants. | CIVIL NO. 2:19-CV-00660-WBS-CKD<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed the parties' stipulation to dismiss the above-entitled action with prejudice, IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 16, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE